**EXHIBIT 12**

# HOMICIDE SCENE INVESTIGATION

TIME: 12:50 AM    DATE: 5-9-99

DAY: Sunday

SCENE LOCATION: F/O 4470 Bewick / 10100 E. Warren

HOMICIDE TEAM: Sgt Lovier, Sgt Falk    TIME OF ARRIVAL: _____

WEATHER CONDITIONS: Cool    STRUCTURE TYPE: Outdoors

LIST & DESCRIBE DOORS, TYPES OF LOCKS, CONDITION: N/A

LIST & DESCRIBE WINDOWS, TYPES OF LOCKS, CONDITION: _____
BLINDS: N/A    DRAPES: N/A    SHADES: N/A

NONE

LIGHTS, LAMPS, DESCRIBE: N/A

ODORS: Normal

FIRST OFFICER AT SCENE: Soles / Scola    UNIT: 5-8

TIME DISP: 12:50/am

ORIGINAL RUN INFORMATION: Shooting

OTHERS AT SCENE: 5-1

EVIDENCE TECHNICIAN: 4703 Babcock

SCENE SKETCH BY: Photo & Sketch

2

VICTIM

POSITION OF BODY/LOCATION: Removed By EMS to DeH

PHYSICAL DESCRIPTION: W/F/35

CLOTHING:

WOUNDS & OTHER MARKS: (3) Small Bullet Holes Left Chest

IDENTITY: Lisa Kendricks                     AGE/SEX/RACE: 35-F BU

ADDRESS: ███████████████████              ID BY:

WALLET/PURSE CONTENTS: In Vehicle

MONEY: —          RINGS: —                      WATCH: —

OTHER JEWELRY:          —                WEAPONS: —

CONDITION OF HANDS: —                    BAGGED: —

OTHER ARTICLES: —

BLOODSTAINS LOCATION, SIZE, CONDITION:
     None Visable

MEDICAL EXAMINER AT SCENE: —                TIME ARRIVED: —

MEDICAL EXAMINER REMARKS: (Rigor - Levity, etc.) —

ROOM TEMP.: 50°         PROBABLE CAUSE OF DEATH: GSW to Chest.

SURVEY MADE BY: Sgt Falk, Sgt Louier

AREA SURVEYED:
     Bewick N/o Canfield.

OBSERVATIONS, COMMENTS, OPINIONS: THIS IS A TWO PARTY OUTDOOR SCENE. THE COMPL WAS FOUND LAYING ON THE CEMENT NEXT TO THE FRONT DOOR TO THE MARATHON GAS STATION 10100 E. WARREN AND CADILLAC. THE COMPL WAS REMOVED BY EMS#13 to DRH. A 1999 PLYMOUTH VAN WHITE IS PARKED ON AN ANGLE 99/MI LDV-15 VIN# 1PGP44G7XB581788 TOWARDS THE FRONT GAS STATION DOOR. THE HEAD LIGHTS ARE ON AND DRIVERS DOOR OPEN WITH WINDOW BROKEN OUT. INSIDE VAN ARE 2 SMALL CHILDREN ~~[redacted]~~ [redacted], B/M/7 AND [redacted] B/F/2. THERE WAS ANOTHER BABY IN VEHICLE - [redacted] B/F/2 MONTH. TAKEN BY FATHER WILLIAM KINDRICKS to DRH. INSIDE THE VAN IS A COOLER W/3 COLD BEERS "BUD LIGHT" AND A LADIES PURSE ON PASSENGER FLOOR. THE KEYS ARE LAYING ON CEMENT NEXT TO FRONT DOOR OF GAS STATION. WE TALKED TO GAS STATION ATTENDANT WHO STATED A VAN SPED INTO THE LOT AND WOMAN JUST FELL TO GROUND. HE CALLED 911. VEHICLE TOWED to GUIDANCE TECH GARAGE. WHILE AT SCENE IT WAS LEARNED COMPL WAS ON BEWICK... CREW RESPONDED to 4970 BEWICK. DIRECTLY ACROSS THE STREET IS

TIME OF DEPARTURE: _____ , SIGNED: _____

(For additional comments, use lined legal paper)

(CONTINUED)      PAGE 4

THE ORIGNAL SCENE. WE FIND BROKEN GLASS AND (1) SPENT 22 CASING - (RIM FIELD). TO THE NORTH OF THE SCENE IS A SET OF MUD PRINTS FROM SHOES COMING FROM 4477 BEWICK - WHILE AT SCENE WRITER OBS. TWO WITNESSES. #1 KENDRICK SCOTT AND RAYMOND JACKSON - BOTH CONVOYED TO SECTION. I HAD ET'S PHOTO SCENE ON BEWICK AND MUD PRINTS. IT WAS LEARNED LATER THAT COMPL'S HUSBAND RAN AND JUMPED OVER FENCE AND CHASED PERP.

THE STORY GOES LIKE THIS., COMPL AND HUSBAND TAKE THERE FAMILY TO DRIVE IN. AFTER THE MOVIE. THE FAMILY GOES OVER TO 4470 BEWICK BECAUSE WILLIAM KINDRED WANTED TO BUY A MOTORCYCLE AND TALK WITH JERLIN MILLER. WILLIAM IS IN THE HOUSE FOR A FEW MINUTES. LISA COMES TO DOOR AND ASK HUSBAND to LEAVE. LISA GOES BACK to CAR. JERLIN AND WILLIAM COME to FRONT DOOR to LEAVE AND VAN SPEEDS OFF. BOTH SEE B/M RUN AWAY. WILLIAM RUNS AFTER PERP AND LOST HIM IN ALLEY BETWEEN HURLBUT/BEWICK/FORREST. WILLIAM COME BACK AND CROSSED VACANT FIELD - STEPS IN MUD PUDDLE AND LEAVE PRINTS IN STREET. JERLIN GETS CLOTHED ON AND CIRCLES AREA AND FINDS VAN AT GAS STATION. W/ INJURY. JERLIN CALLS FAMILY AND RESPOND to SCENE. HUSBAND TAKES DAKOTA FROM VAN AND FOLLOWS EMS to DRH.

==THIS WILL BE A STRAIGHT UP CAR JACKING.==

- COMPL HAS 3 GSW (SMALL) to LEFT SIDE OF CHEST.

*[signature]*
5/9/99    5:40 AM