# EXHIBIT 19

# DETROIT POLICE DEPARTMENT — INVESTIGATOR'S REPORT

DATE: May 11, 1999

| CUSTODY YES/NO | DEFENDANT'S NAME | ADDRESS WITH ZIP CODE | AGE | SEX | RACE | D.O.B. | IDENT. NO |
|---|---|---|---|---|---|---|---|
| ☑ ☐ | 1. Justly Johnson AKA "Stank" | 13115 E. Jefferson, Det, MI | 24 | M | B | 11-19-74 | 546641 |
| ☑ ☐ | 2. Kendrick Scott AKA "Snook" | 4468 Hurlbut, Det., MI | 20 | M | B | 07-31-78 | 567748 |
| ☐ ☐ | 3. | | | | | | |
| ☐ ☐ | 4. | | | | | | |

MAY 12 1999   9996509

OFFENSE: #1) AND #2) ① Felony Murder ② A.W.I.R.A. ③ P.O.F.F.   #1 ☒ Habit 2 HC

TIME: 1:00 AM   DATE OF OFFENSE: 05-09-99   PLACE OF OFFENSE: F/O 4470 Bewick, Det., MI   DATE OF COMPLAINT: 05-09-99   COURT FILE NUMBER:   JACKET NUMBER: 99-163

COMPLAINANT'S NAME: Lisa Kindred   ADDRESS WITH ZIP CODE: [redacted]   SEX: F   AGE: 35   D.O.B.:   RACE: W   RELATION TO DEF.: Strangers

OTHER PENDING CHARGES:

PERSON TO SIGN: Information AND Belief
ASSISTANT PROSECUTING ATTORNEY: Thomas Trentan PS2961

**Description of Offense and Investigation; include Date, Time and Circumstances of Arrest and Medical Attention administered to Officers, Defendants and Complainants. Continue on Page 2 if necessary.**

OFFENSE: On May 9, 1999, at approximately 1:00 AM, Scout 5-8, manned by Police Officers Willie Soles and Frank Scola responded to 10100 E. Warren on a "Shooting". Upon their arrival they observed the complt. suffering with a gunshot wound to the left chest area. Medic 12 conveyed the complt. to DRH where she was pronounced DOA by Dr. Welch on Chart# 838013209. The complt's body was transferred to the Wayne County Medical Examiner's Office on Morgue File #99-4471. An autopsy was performed and the manner of death ruled a Homicide. The cause of death a gunshot wound to the left side.

The Investigation revealed that the Fatal Shooting occured in F/O 4470 Bewick as the complt. sat inside her 1999 Plymouth voyager with her three small children.

WITNESS #1: A Representative of the Wayne County Medical Examiner's Officer will testify to performing and autopsy on MF#99-4470 and to the manner of death being a Homicide.

WITNESS #2: William Kindred will testify to the identification of the complt. and to having spent the evening with the complt. and their three children. To the complt. being his wife. To having gone into [redacted] to talk about buying a motorcycle. To talking to Wit. Miller when he heard car wheels screeching. To observing the van the complt. was in go speeding off. To observing an unknown figure running westbound through the field, To chasing that unk figure. To losing the the person and to later observing broken glass where the van had been parked. To his statement.

WITNESS #3: Jerlin Miller will testify to Witness William Kindred coming to his house and to Talking to him at the time the tires started screeching. To his statement.

WITNESS #4: Sameer Naser will testify to working at [redacted] and observing the van pull up. To obs. the complt. get out and fall. To his statement.

Sgt Catherine Adams
(SIGNATURE OF INVESTIGATING OFFICER)

REVIEWED AND APPROVED BY _____
(SIGNATURE OF COMMANDING OFFICER)

HOMICIDE S
DISTRICT OR BUREAU



EXHIBIT 6
C. Tuttle
4.15.19 AW

DETROIT DEPARTMENT POLICE

INVESTIGATOR'S REPORT SUPPLEMENT

Page ___TWO___

(e Typewriter)

e of
ndant #1 only  JUSTLY JOHNSON                                     Offense No. _____

of Complaint: 5-11-99

## DETAILS OF INVESTIGATION (Continued)

NESS #5: Lillie Harris will testify to observing deft. Scott outside 15-20 minutes after the shooting.

NESS #6: Falynn Kenner will testify to being Deft. Scott's girlfriend. To Scott leaving her home and to hearing a shot 15-20 minutes later.

NESS #7: Yolanda Holt will testify to being the girlfriend of Deft. Johnson. To picking up the deft. in the area of Warren and Canfield and taking him to 15901 Fordham. To her statemen

NESS #8: Antonio Burnette, will testify to the defts talking about "Hitting a lick". To deft 2 saying he shot the lady. To his statement.

NESS #9: Raymond Jackson will testify to deft. 2 being outside approx 10 minutes after the shooting and to deft. 2 handing something long to wit. Falynn Kenner. To Deft. #1 coming to his house the next day and telling him that he hit a lick with deft. Scott last night out front and had to shoot. To his stateemnt.

NESS 10-11: P.O.'s Willie Soles and Frank Scla will testify to responding to the police run of "Shooting". To ons. the complt. and to their police report.

NESS 12-13: P.O.'s Terry Wilcox and George Ball will testify to assist. with the crime scene.

NESS 14-15: P.O.'s Mark Amos and Ed Rudoni will testify to assist with exec. of SW at 4468Hurlb

NESS 16-17: P.O.'s John Green and Scott Isaacson will testify to SW at 131115 E. Jefferson #717

NESS 18-19: P.O.'s David Babcock and Debra Nix will testfiy to processing the evid. at thecrime scene. To their report.

NESS 20-21: P.O.'s Tom Smith and Sherri Meisel will testify to confic. evid. at SW at 4427 Bewi

DENCE: See List.
W UPS: None.
MISSIONS/CONFESSIONS: none.